·232]      *LESSEE OF SYMMES AND STANBERY *v.* BEAVER.

THIS cause was adjourned from the county of Licking. It was submitted to the court upon the facts, involving a question of fraud, in the original conveyance to the lessor, Symmes. The court were of opinion that the fraud was fully established by the proof, and gave judgment for the defendant. It was deemed unnecessary to report the mass of testimony necessary to an understanding of the case. Without this the report could be worth nothing.